IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ALVARO MANRIQUEZ ALMONTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Case No.  07-674-ST |
| v. | ) | |
| | ) | O R D E R |
| JEAN HILL, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

C. Renee Manes
Assistant Federal Public Defender
101 S. W. Main Street, Suite 1700
Portland, Oregon  97204

       Attorney for Petitioner

John R. Kroger
Attorney General
Jonathan W. Diehl
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97310

       Attorneys for Respondent

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on February 5, 2009. Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Stewart.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart dated February 5, 2009 in its entirety.

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (#1) is denied.

DATED this ___17th___ day of March, 2009.

___/s/ Garr M. King_____
GARR M. KING
United States District Judge

Page 2 - ORDER